IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMMY L. GIBBS,
    Petitioner,

vs.                                    CASE NO.:  5:06cv131/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 22, 2006.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This § 2254 petition (doc. 1) is DISMISSED WITHOUT PREJUDICE, and the clerk is directed to close the file.

    DONE AND ORDERED this 22nd day of February, 2007.

                                    s/ _M. Casey Rodgers_
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**